IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>EDDISON ORRIN PIAPOT,<br><br>                Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No.  2:19CR75DAK<br><br>Judge Dale A. Kimball |

      This matter is before the court on Defendant Eddison Orrin Piapot's Emergency Motion for Furlough to Attend Mother's Funeral.  Defendant seeks a fourteen hour furlough from 6:00 a.m. to 8:00 p.m. on Monday October 5, 2020. .

      On February 18, 2020, Defendant pleaded guilty to one count of violating 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm, and is awaiting sentencing.  Because Defendant has pleaded guilty, 18 U.S.C. § 3143 governs his detention.  Section 3143 states that "the judicial officer shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence . . . be detained" unless the court finds by a clear and convincing standard that there is no risk of fight or danger to the community.

      In the court's two previous orders denying Defendant's prior requests for furloughs, the court has explained that Defendant criminal history, including alcohol and substance abuse, assault and domestic violence, suggest that he poses a danger to the community.  Defendant asserts that the danger will be ameliorated because of the limited time of the furlough and his sister Orie

Nephi is personally willing to be responsible for Defendant's compliance.

The court is willing to grant the furlough on the following conditions: (1) as Orie Nephi is responsible for his compliance with the conditions of release, Defendant must be in Orie Nephie's presence at all times throughout the furlough; (2) Orie Nephi must pick Defendant up at the Weber County Jail at **6:00 a.m. on October 5, 2020**, accompany him to the funeral at the Hullinger Mortuary in Randlett, Utah, and accompany him back to the jail; (3) Defendant is not allowed to go anywhere but the funeral during his furlough; (4) Defendant may not consume any alcohol or controlled substances while on release; (5) Defendant shall have no contact with any of the people involved in the facts of this case; and (6) Defendant shall check back in at the Weber County Jail before **7:00 p.m. on October 5, 2020**.

Accordingly, Defendant Eddison Orrin Piapot's Emergency Motion for Furlough to Attend Mother's Funeral is GRANTED as stated above.

DATED this 2d day of October, 2020.

BY THE COURT

_____
DALE A. KIMBALL
United States District Judge

2